MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: robert.leach@usdoj.gov/kyle.waldinger@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 13-0444 RS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE FOR MOTIONS *IN LIMINE* AND FILING DATE FOR JOINT PRETRIAL STATEMENT |
| v. | ) | |
| ADOREAN BOLEANCU, | ) | |
| Defendant. | ) | Trial Date:    September 23, 2013 |
| | ) | Pretrial Date:  September 18, 2013 |
| | ) | |
| | ) | |

       The above-captioned case is set for trial on September 23, 2013.  A pretrial conference is scheduled for September 18, 2013 at 2:00 p.m.  The parties hereby submit this stipulation to set a briefing schedule with respect to the parties' motions *in limine* and a filing date for the parties' joint pretrial statement.

       1.    Pursuant to the Court's Guidelines for Final Pretrial Conference in Jury Cases, the parties are to file pretrial motions *in limine* at least 10 days before the final pretrial conference.  The Guidelines provide that the parties are to file oppositions at least three days before the pretrial conference.

       2.    Because the parties anticipate that they will each be filing pretrial motions *in limine*, and

STIPULATION AND [~~PROPOSED~~] ORDER
CR 13-0444 RS

1 in order to provide the parties with additional time to respond, the parties have jointly agreed to set the
2 following briefing schedule for those motions *in limine*:

3       a.    Motions *in limine* to be filed:    September 6, 2013

4       b.    Responses to motion *in limine* to be filed:    September 13, 2013

5     3.    The parties believe that the briefing schedule set forth above will aid the Court in
6 determining whether any evidentiary matters may be resolved before trial. It will also provide each
7 party with additional time to respond to the opposing party's motions.

8     4.    The Court's Guidelines for Final Pretrial Conference in Jury Cases also provide that the
9 parties should lodge and serve a joint pretrial statement at least 10 days before the pretrial conference.
10 Because that day falls on a weekend, and in order to provide the parties with additional time to complete
11 the joint pretrial statement, the parties jointly request that the Court allow them to file the joint pretrial
12 statement on September 9, 2013.

13 SO STIPULATED.

14 DATED: August 30, 2013            MELINDA HAAG
                                                United States Attorney
15

16                                                _____/s/_____
                                               KYLE F. WALDINGER
17                                                Assistant United States Attorney

18 SO STIPULATED.

19 DATED: August 30, 2013            _____/s/_____
                                               ETHAN A. BALOGH
20                                                Attorney for the defendant Adorean Boleancu

21

22 <center>**[~~PROPOSED~~] ORDER**</center>

23     For the reasons set forth in the parties' stipulation, the Court adopts the briefing schedule
24 for motions *in limine* and the filing date for the joint pretrial statement proposed by the parties.

25

26 IT IS SO ORDERED.

27 DATED:  8/30/13                                    _____
                                               HON. RICHARD SEEBORG
28                                              United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER
CR 13-0444 RS