COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant
ADOREAN BOLEANCU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13 Cr. 444 RS |
| Plaintiff, | |
| v. | STIPULATION RE BOND EXONERATION; [PROPOSED] ORDER |
| ADOREAN BOLEANCU, | |
| Defendant. | Before the Honorable Richard Seeborg United States District Judge |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>STIPULATION</u>**

WHEREAS, Defendant Adorean Boleancu has now reported to the Bureau of Prisons to serve the custodial sentence imposed by this Court;

IT IS HEREBY STIPULATED, by and between the undersigned, subject to the approval of the Court, that, Mr. Boleancu's bond should be exonerated, and the Clerk of the Court and/or United States Pretrial Services shall release to defense counsel Ethan A. Balogh Mr. Boleancu's passport and the deed Mr. Boleancu lodged with the Court as terms of his pretrial release.

IT IS SO STIPULATED.

DATED: February 19, 2014
                                    /s                                    
                                    ETHAN A. BALOGH
                                    Attorney for Defendant Adorean Boleancu


DATED: February 19, 2014
                                    /s                                    
                                    ROBERT S. LEACH
                                    Assistant United States Attorney

**CERTIFICATION**

By presenting the signatures set forth above, the filing attorney hereby certifies that he has received authorization to present this stipulation on behalf of all parties.

**[~~PROPOSED~~] ORDER**

Based upon the foregoing Stipulation Re Bond Exoneration, and for good cause shown, IT IS HEREBY ORDERED that, Defendant Adorean Boleancu's bond is hereby exonerated, and the Clerk of the Court and/or United States Pretrial Services shall release to defense counsel Ethan A. Balogh Mr. Boleancu's passport and the deed Mr. Boleancu lodged with the Court as terms of his pretrial release.

IT IS SO ORDERED.

DATED: 2/19/14

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1