MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

RAVEN M. NORRIS (CABN 232868)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6915
    FAX: (415) 436-6570
    Raven.Norris@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ADOREAN BOLEANCU,<br><br>    Defendant,<br><br>―――――――――――――――<br><br>HARTFORD LIFE AND ANNUITY INSURANCE COMPANY and THE VANGUARD GROUP, INC.,<br><br>    Garnishees. | CASE NO. CR 13-0444-001 RS<br><br>WRIT OF GARNISHMENT |

TO:    Garnishee Hartford Life and Annuity Insurance Company
          745 West New Circle Rd.
          Building 200, 1st Floor
          Lexington, KY 40511

**YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

1     The name, last known address, and last four digits of the social security number of the person who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this Writ is as follows:

    Adorean Boleancu
    Mesa Verde Detention Center
    425 Golden State Ave.
    Bakersfield, CA 93301
    Social Security Number (last four digits): xxx-xx-0713

    This Writ has been issued pursuant to a stipulation between the United States of America and Adorean Boleancu, to enforce the collection of a criminal judgment entered in favor of the United States against the defendant for a debt in the original amount of $360,299.25. As of August 25, 2015, the total balance due on the judgment debt, including accrued interest, was $360,369.74. Interest continues to accrue after August 25, 2015, at approximately $1.28 per day.

    The following are the steps that you must take to comply with this Writ. If you have any questions, you should consult with your attorney.

    1.    Pursuant to 28 U.S.C. § 3205(c)(2)(F) and the terms of the Stipulation filed in the above referenced case, you must immediately withhold and retain property of the defendant in which the defendant has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, until you receive instructions from the United States regarding distribution and payment of the property at issue. Such property includes the Individual Deferred Annuity Contract Number ending 6703 in the name of Adorean Boleancu.

    2.    In accordance with the terms of the Stipulation and upon receiving Notice from the United States that funds from Defendant's accounts may be liquidated, pay to the United States District Court, Attn: Finance Section, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, 72% of the total account balance from the Defendant's annuity account. Defendant's estimated federal income tax burden as a result of the annuity contract account liquidation is approximately 28% of the funds in the account. The Garnishee is to withhold 28% of the funds in the account for payment of federal income taxes that will be due on the requested withdrawal.

**IF YOU FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU**

1  TO APPEAR BEFORE THE COURT. IF YOU FAIL TO APPEAR OR DO APPEAR AND
2  FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE
3  COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE
4  DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT
5  DISPOSABLE EARNINGS). THE COURT MAY ALSO AWARD REASONABLE
6  ATTORNEY'S FEES TO THE UNITED STATES AND AGAINST YOU.

RICHARD W. WIEKING,
Clerk of the United States
District Court for the Northern District of California

Dated: 8/25/15

By: _____
Deputy Clerk

WRIT OF GARNISHMENT
CR 13-0444-001 RS                                    3