1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  RAVEN M. NORRIS (CABN 232868)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6915
7       FAX: (415) 436-6570
        Raven.Norris@usdoj.gov
8
   Attorneys for Plaintiff
9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,                ) CASE NO. CR 13-0444-001 RS
                                              )
14 |       Plaintiff,                         ) WRIT OF GARNISHMENT
                                              )
15 |    v.                                    )
                                              )
16 | ADOREAN BOLEANCU,                        )
                                              )
17 |       Defendant,                         )
                                              )
18 | _____ )
                                              )
19 | HARTFORD LIFE AND ANNUITY                )
   | INSURANCE COMPANY and THE                )
20 | VANGUARD GROUP, INC.,                    )
                                              )
21 |       Garnishees.                        )
                                              )
22 | _____ )

23  TO:   The Vanguard Group, Inc.
          As custodian for the Adorean Boleancu Individual Retirement Accounts
24        455 Devon Park Dr.
          Wayne, PA 19087-1815
25

26       **YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE**

27  **UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE**

28  **DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

WRIT OF GARNISHMENT
CR 13-0444-001 RS                          1

The name, last known address, and last four digits of the social security number of the people who are the defendants-judgment debtors ("defendants") in this action and whose property is subject to this Writ are as follows:

    Adorean Boleancu
    Mesa Verde Detention Center
    425 Golden State Ave.
    Bakersfield, CA 93301
    Social Security Number (last four digits): xxx-xx-0713

This Writ has been issued pursuant to a stipulation between the United States of America and Adorean Boleancu, to enforce the collection of a criminal judgment entered in favor of the United States against the defendant for a debt in the original amount of $360,299.25. As of August 25, 2015, the total balance due on the judgment debt, including accrued interest, was $360,369.74. Interest continues to accrue after August 25, 2015, at approximately $1.28 per day.

The following are the steps that you must take to comply with this Writ. If you have any questions, you should consult with your attorney.

    1.    Pursuant to 28 U.S.C. § 3205(c)(2)(F) and the terms of the Stipulation filed in the above referenced case, you must immediately withhold and retain property of the defendant in which the defendant has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, until you receive instructions from the United States regarding distribution and payment of the property at issue. Such property includes all Individual Retirement Accounts ("IRAs") belonging to Defendant as identified in the Stipulation and currently in your possession.

    2.    In accordance with the terms of the Stipulation and upon receiving Notice from the United States that funds from Defendant's IRAs may be liquidated, pay to the United States District Court, Attn: Finance Section, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, 72% of the total account balances from the Defendant's IRAs. Defendant's estimated federal income tax burden as a result of the account liquidations is approximately 28% of the funds in each account. The Garnishee is to withhold 28% of the funds in the accounts for payment of federal income taxes that will be due on the requested withdrawal.

1  **IF YOU FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT,**
2  **THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU**
3  **TO APPEAR BEFORE THE COURT.  IF YOU FAIL TO APPEAR OR DO APPEAR AND**
4  **FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE**
5  **COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE**
6  **DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT**
7  **DISPOSABLE EARNINGS). THE COURT MAY ALSO AWARD REASONABLE**
8  **ATTORNEY'S FEES TO THE UNITED STATES AND AGAINST YOU.**

RICHARD W. WIEKING,
Clerk of the United States
District Court for the Northern District of California

Dated: 8/25/15    By: _____
                      Deputy Clerk

WRIT OF GARNISHMENT
CR 13-0444-001 RS                         3