BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 13-0444 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DECEMBER 8, 2015 MOTION HEARING |
| v. | |
| ADOREAN BOLEANCU, | |
| Defendant. | |

## STIPULATION

WHEREAS, on October 27, 2015, the Defendant filed a Motion to Modify Restitution Judgment;

WHEREAS, the parties have consulted and agreed, subject to the Court's approval, on a briefing schedule; and

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the United States' opposition to Defendant's motion shall be due by November 17, 2015 and Defendant's reply to the United States' opposition shall be due by December 3, 2015.

STIPULATION AND [PROPOSED] ORDER RE: DECEMBER 8, 2015 MOTION HEARING
Case No. CR 13-0444 RS

1  Dated: November 2, 2015

2                                      Respectfully submitted,

3                                      BRIAN J. STRETCH
   Acting United States Attorney

5                                      /s/

6                                    ROBERT S. LEACH
   Assistant United States Attorney

7                                    RUTH ELIN AUERBACH

9                                    /s/

10                                   RUTH ELIN AUERBACH
   Attorney for Defendant Adorean Boleancu

12 **[PROPOSED] ORDER REGARDING DECEMBER 8, 2015 MOTION HEARING**

14       Pursuant to stipulation and for good cause shown, it is HEREBY ORDERED that the United States' opposition to Defendant's motion shall be due by November 17, 2015 and Defendant's reply to the United States' opposition shall be due by December 3, 2015.

17 Dated: 11/2/15

19 THE HONOROABLE RICHARD SEEBORG
   UNITED STATES DISTRICT JUDGE